IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AEROJET-GENERAL CORPORATION; and ) <br> CORDOVA CHEMICAL COMPANY, ) <br> ) <br> Defendants. ) <br> ) <br> AND RELATED ACTION ) <br> ) | 2:86-cv-0063-GEB and <br> 2:86-cv-0064-GEB (Consolidated) <br><br> ORDER |

A Minute Order filed December 4, 2007, required the parties to file a joint status report in which the status of this action, and why it is still pending, was to be explained.  The parties' status report reveals that because of the nature of the partial consent decree into which they have entered the action is still pending, but the parties "would not object to the Court's 'administratively closing' the case file as long as the Court can re-open the case to address any matter that may arise relating to the Partial Consent Decree." (Joint Status Report at 4:22, 5:1-2.)  This action was previously  administratively closed in the manner the parties state;

1

therefore, this action is again administratively closed.  (See Order Granting Plaintiffs' Motion for entry of Pretrial Consent Decree And Order Administratively Closing File (June 23, 1989).)  The status hearing scheduled on January 22, 2008, is vacated.

IT IS SO ORDERED.

Dated:  January 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2