Lawrence A. Hobel (Bar No. 73364)
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, California 94111-5356
Telephone: + 1 (415) 591-6000
Facsimile: + 1 (415) 591-6091
Email: lhobel@cov.com

Attorneys for Defendants
AEROJET ROCKETDYNE, INC. and
CORDOVA CHEMICAL COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    v.<br><br>AEROJET-GENERAL CORPORATION and CORDOVA CHEMICAL COMPANY<br><br>    Defendants. | Civil Action No.:<br><br>CIVS-86-0063-GEB |
| PEOPLE OF THE STATE OF CALIFORNIA, ET AL.<br><br>    Plaintiffs,<br><br>    v.<br><br>AEROJET-GENERAL CORPORATION and CORDOVA CHEMICAL COMPANY<br><br>    Defendants. | Civil Action No.:<br><br>CIVS-86-0063-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TERMINATING PARTIAL CONSENT DECREE PROVISIONS FOR LAND RESTRICTIONS FOR PARCEL NO. 072-0231-117 (Portion)** |

WHEREAS, this Court entered a Partial Consent Decree ("Decree") on June 23, 1989 by and among Plaintiffs, on the one hand, and Defendants Aerojet

STIPULATION AND [PROPOSED] ORDER TERMINATING PARTIAL CONSENT DECREE PROVISIONS FOR LAND RESTRICTIONS FOR PARCEL NO. 072-0231-117 (Portion)

Civil Action No. CIVS-86-0063-EJG

Rocketdyne, Inc. (formerly called Aerojet-General Corporation) and Cordova Chemical Company (together, for reference purposes, "Aerojet" or "AR"), on the other hand;

WHEREAS, Paragraph 11 of the Partial Consent Decree ("Partial Consent Decree") provides for restrictions on the use and transfer of lands which are part of the subject Aerojet Rancho Cordova Superfund Site ("Site"), and requires that Aerojet record an Order re Partial Consent Decree, which was recorded in the Official Records of Sacramento County, California, July 20, 1989 Bk 890720, Page 1004 (the "Partial Consent Decree Order").

WHEREAS, Paragraph 11(K) of the Partial Consent Decree and Order provides that Aerojet or any grantee or successor may petition the Court for removal of the land restrictions.

WHEREAS, Paragraph 11(L) of the Partial Consent Decree and Order states:
> Recording by Aerojet or a successor with the Recorder of an approval, order or notice specified below in this Subparagraph (L) shall conclusively establish that Aerojet and any subsequent grantee is free of any restrictions under the Order released by said approval, order or notice:…
>
> (4) A notice that the obligations have terminated pursuant to Paragraph 26 of the Decree to which notice Plaintiffs do not, within twenty (20) days of service, record a notice that such obligations have not so terminated:…

WHEREAS, the Parties have agreed upon the recordation of a Covenant to Restrict Use of Property, a copy of which is attached hereto as Exhibit A as to property therein described (the "Property"). This Property is only a portion of the land upon which restrictions have been placed pursuant to the Partial Consent Decree. Particularly, the Property, known as C 41, comprises approximately 1.7 acres and is a portion of Assessor's Parcel No. 072-0231-117 and is part of the Perimeter Groundwater Operable

Unit (also known as "OU5") of the Site. Nothing herein modifies any restrictions on use and transfer of lands, as set forth in Paragraph 11, as to any other Aerojet-owned lands at the Site that are subject to Paragraph 11 of the Partial Consent Decree.

The Parties do hereby stipulate:

1. AR shall be deemed to have provided notice pursuant to Paragraph 11(L)(4) that upon recording of the above described Covenant to Restrict Use of Property the restrictions set forth in Paragraph 11 as to the Property have terminated pursuant to Paragraph 26 of the Decree and the Plaintiffs shall be deemed to have not recorded a notice of objection.

2. The restrictions set forth in Paragraph 11 as to the Property have terminated pursuant to Paragraph 26 of the Decree.

3. The above-described Covenant to Restrict Use of Property supersedes as to the Property the Order re Partial Consent Decree recorded in the Official Records of Sacramento County, California, July 20, 1989 Bk 890720, Page 1004 (the "1989 Partial Consent Decree Order"), which shall have no continuing force or effect as to the Property.

**IT IS SO STIPULATED.**

DATED: August 16, 2016         COVINGTON & BURLING LLP
                               By   */s/Lawrence A. Hobel*
                                    Lawrence A. Hobel
                               Attorneys for Defendants
                               AEROJET ROCKETDYNE, INC. and
                               CORDOVA CHEMICAL COMPANY

///

///

///

///

DATED: August 16, 2016

UNITED STATES DEPARTMENT OF JUSTICE

By   /s/Cheryl A. Luke (as authorized on July 21, 2016)
Cheryl A. Luke  VA Bar No.:  26331
Attorneys for Plaintiff
Environmental Enforcement Section
Environmental & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Phone:  (202) 514-5466
Fax:     (202) 616-2467
email:  cheryl.luke@usdoj.gov

DATED: August 16, 2016

KAMALA D. HARRIS
Attorney General of California
ROBERT W. BYRNE
Senior Assistant Attorney General

By   /s/Matthew J. Goldman (as authorized on August 15, 2016)
Matthew J. Goldman
(CA Bar No.: 113330)
Deputy Attorney General
Attorneys for CALIFORNIA CENTRAL VALLEY REGIONAL WATER QUALITY CONTROL BOARD and DEPARTMENT OF TOXIC SUBSTANCES CONTROL (as successor-in-interest to State Department of Health Services)
California Department of Justice
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: (916) 324-4223
Fax: (916) 327-2319
email: Matthew.Goldman@doj.ca.gov

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, **IT IS SO ORDERED**.

Dated: September 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge