Wendy Feng (Bar No. 200813)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA  94105-2533
Telephone:  + 1 (415) 591-6000
Facsimile:   + 1 (415) 591-6091
Email:  wfeng@cov.com

Attorneys for Defendants
AEROJET ROCKETDYNE, INC. and
CORDOVA CHEMICAL COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   Plaintiff,<br><br>   v.<br><br>AEROJET-GENERAL CORPORATION and CORDOVA CHEMICAL COMPANY<br><br>   Defendants. | Civil Action No.:<br><br>2:86-cv-00063-DJC |
| PEOPLE OF THE STATE OF CALIFORNIA, ET AL.<br><br>   Plaintiffs,<br><br>   v.<br><br>AEROJET-GENERAL CORPORATION and CORDOVA CHEMICAL COMPANY<br><br>   Defendants. | **STIPULATION AND ORDER REMOVING PARTIAL CONSENT DECREE PROVISIONS FOR LAND RESTRICTIONS FOR ASSESSOR'S PARCEL NO. 072-0231-125, ALSO KNOWN AS AREA 49000** |

WHEREAS, this Court entered a Partial Consent Decree on June 23, 1989 by and among Plaintiffs, on the one hand, and Defendants Aerojet Rocketdyne, Inc.

STIPULATION AND ORDER REMOVING PARTIAL CONSENT DECREE PROVISIONS FOR LAND RESTRICTIONS FOR ASSESSOR'S PARCEL NO. 072-0231-125, ALSO KNOWN AS AREA 49000

Civil Action No. 2:86-cv-00063-GEB

(formerly called Aerojet-General Corporation) and Cordova Chemical Company (together, for reference purposes, "Aerojet"), on the other hand;

WHEREAS, Paragraph 11 of the Partial Consent Decree provides for restrictions on the use and transfer of lands which are part of the subject Aerojet Rancho Cordova Superfund Site ("Site"), and requires that Aerojet record an Order re Partial Consent Decree, which was recorded in the Official Records of Sacramento County, California, July 20, 1989, Bk 890720, Page 1004 (the "Partial Consent Decree").

WHEREAS, Paragraph 11(K) of the Partial Consent Decree provides that Aerojet or any grantee or successor may petition the Court for removal of the land restrictions.

WHEREAS, Paragraph 11(L) of the Partial Consent Decree states:

> Recording by Aerojet or a successor with the Recorder of an approval, order or notice specified below in this Subparagraph (L) shall conclusively establish that Aerojet and any subsequent grantee is free of any restrictions under the Order released by said approval, order or notice: …
>
> (4) A notice that the obligations have terminated pursuant to Paragraph 26 of the Decree to which notice Plaintiffs do not, within twenty (20) days of service, record a notice that such obligations have not so terminated: ….

WHEREAS, Aerojet Rocketdyne, Inc. (formerly "Aerojet-General Corporation"), the California Department of Toxic Substances Control, the U.S. Environmental Protection Agency, and the California Regional Water Quality Control Board, Central Valley Region have agreed upon the recordation of two Covenants to Restrict Use of Property, copies of which are attached hereto as Exhibit A as to property described therein (the "Property"). This Property is only a portion of the land upon which restrictions have been placed pursuant to the Partial Consent Decree. Particularly, the Property, known as Area 49000, comprises approximately 71.2 acres and is Assessor's

Parcel No. 072-0231-125, and is part of the Perimeter Groundwater Operable Unit (also known as "OU5") of the Site.

The Parties do hereby stipulate:

1. Aerojet shall be deemed to have provided notice pursuant to Paragraph 11(L)(4) of the Partial Consent Decree that upon recording of the above-described Covenants to Restrict Use of Property, the restrictions set forth in Paragraph 11 have been removed as to the Property pursuant to Paragraph 26 of the Partial Consent Decree, and the Plaintiffs shall be deemed to have not recorded a notice of objection.

2. The restrictions set forth in Paragraph 11 of the Partial Consent Decree have been removed as to the Property pursuant to Paragraph 26 of the Partial Consent Decree.

3. Except for Assessor's Parcel No. 072-0231-125, also known as Area 49000, nothing herein releases or otherwise affects the obligations of Aerojet to comply with the provisions of the Partial Consent Decree.

4. Nothing herein modifies or affects any unilateral administrative orders, agreements, or any other consent decrees issued or entered into by the Plaintiffs.

5. The effective date of this Stipulation and Order shall be the date it is signed by the Court.

**IT IS SO STIPULATED.**

DATED: September 12, 2022                COVINGTON & BURLING LLP

By  */s/ Wendy L. Feng*
Wendy L. Feng
Attorneys for Defendants
AEROJET ROCKETDYNE, INC. and
CORDOVA CHEMICAL COMPANY

| | | |
|---|---|---|
| DATED: April 13, 2023 | By: | */s/ Thomas Landers* |
| | | *(as authorized on April 13, 2023)* |
| | | Thomas Landers (MD Attorney No. 1812110216) |
| | | Trial Attorney |
| | | Environmental Enforcement Section |
| | | Environment & Natural Resources Division |
| | | U.S. Department of Justice |
| | | P.O. Box 7611 Ben Franklin Station |
| | | Washington, DC 20044-7611 |
| | | Phone: (202) 514-5258 |
| | | Fax: (202) 514-0097 |
| | | Email: thomas.landers@usdoj.gov |

DATED: April 14, 2023    By: */s/ Erin Ganahl* (CA Bar No.: 247472)
*(as authorized on April 14, 2023)*
Erin Ganahl
Deputy Attorney General
Attorney for CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL (as successor-in-interest to California Department of Health Services)
California Department of Justice
1515 Clay Street, 20th Floor
Phone: (510) 879-0262
Email: Erin.Ganahl@doj.ca.gov

DATED: April 14, 2023    By: */s/ Matthew J. Goldman* (CA Bar No.: 113330)
*(as authorized on April 14, 2023)*
Matthew J. Goldman
Deputy Attorney General
Attorney for CALIFORNIA REGIONAL WATER QUALITY CONTROL BOARD, CENTRAL VALLEY REGION
California Department of Justice
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
Phone: 916-210-7841
Fax: 916-327-2319
Email: Matthew.Goldman@doj.ca.gov

## ORDER

Having considered the foregoing Stipulation, and good cause appearing therefor, **IT IS SO ORDERED**.

DATED: April 19, 2023        /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE